[No 7,980.—Department Two.]
Aug. 16, 1882.

PEOPLE EX REL. J. STRATHERN *v.* J. F. SULLIVAN,
JUDGE OF THE SUPERIOR COURT OF SAN FRANCISCO.

SETTLEMENT OF BILL OF EXCEPTIONS.

APPLICATION for writ of mandamus to compel the defendant as judge to settle plaintiff's bill of exceptions. The plaintiff here was plaintiff also in the action in the Court below—which was ejectment—and judgment went against him. It appears from the affidavits that on the trial several judgment rolls and numerous other documents were read in evidence; and the plaintiff's proposed bill of exceptions contained brief statements of the effect of these instead of the documents in full. The defendant in the ejectment suit proposed to amend by inserting the documents at large; and on the settlement this defendant so ordered. The plaintiff's affidavit further alleged that by the insertion of the documents at length an additional cost of four hundred and ten dollars would be imposed on him, which he was unable to meet and which would therefore prevent him from appealing; that he has no adequate remedy but by writ of mandate from this Court, commanding the defendant "to settle said bill in accordance with law by striking therefrom useless and redundant matter, and instead thereof insert therein a brief statement of the contents of said deeds, judgment rolls," etc.

*W. H. Allen,* for Plaintiff.

No brief on file for Defendant.

The COURT:

On examination of the bill of exceptions in this cause, we find that the Superior Judge has discharged the duty imposed on him by the law, and therefore the application for a writ of mandate is denied.